**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-1184**

───────────

ROSALVA VERONICA PENA-CARTAGENA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

───────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────

Submitted:  December 20, 2022                    Decided:  February 2, 2023

───────────

Before AGEE and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Petition denied by unpublished per curiam opinion.

───────────

**ON BRIEF:** Jay S. Marks, Zindzi Baugh Corbett, LAW OFFICES OF JAY S. MARKS, LLC, Silver Spring, Maryland, for Petitioner.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Kiley Kane, Senior Litigation Counsel, Andrea N. Gevas, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosalva Veronica Pena-Cartagena, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) denying her untimely motion to reopen. We have reviewed the administrative record and Pena-Cartagena's claims and conclude that the Board did not abuse its discretion in denying the motion. *See Mosere v. Mukasey*, 552 F.3d 397, 400 (4th Cir. 2009). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Pena-Cartagena* (B.I.A. Jan. 25, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*